SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIAOHONG WANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID STILL, Director, San Francisco District Office, U.S. Citizenship and Immigration Services, ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-0612 SC <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time within which the Defendants must serve their answer to the complaint in the above-entitled action. The Defendants will file their answer on or before April 9, 2007.

///

///

Stipulation to Extend Answer Date
C07-0612 SC                                1

1

2  Dated: April 2, 2007                              Respectfully submitted,

3                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
4

5
                                                              /s/
6                                                    ILA C. DEISS
                                                     Assistant United States Attorney
7                                                    Attorney for Defendants

8

9  Dated: April 2, 2007                                       /s/
                                                     JUSTIN WANG
10                                                   Attorney for Plaintiff

11

12
                                       **ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:   4/5/07

17                                                   SAM
                                                     United States District Judge
18                                                   Judge Samuel Conti

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend Answer Date
C07-0612 SC                                          2