UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIAOHONG WANG<br><br>                    Plaintiff,<br><br>v.<br><br>*Michael Chertoff*, Secretary of the<br>Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director,<br>U.S. Citizenship and Immigration Services;<br>*David Still*, Director,<br>San Francisco District Office, U.S.C.I.S.;<br>*Robert S. Mueller,*<br>Director of Federal Bureau of Investigation<br><br>                    Defendants. | No.: **C07-0612 SC**<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER<br><br><br>Date: May 11, 2007<br>Time: 10:00AM<br>Courtroom: 1, 17th Floor |

In light of the fact that the FBI name check for this case has been cleared and the agency will likely resolve the case within two weeks. Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 28-day extension for the Case Management Conference (CMC) to reset it to June 8, 2007 at 10:00AM., which is presently scheduled for May 11, 2007.

Date: May 9, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 8, 2007

JUSTIN X. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 10, 2007



IT IS SO ORDERED
Judge Samuel Conti

TOTAL P.01