1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 |     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 |     Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 |              UNITED STATES DISTRICT COURT

10 |            NORTHERN DISTRICT OF CALIFORNIA

11 |               SAN FRANCISCO DIVISION

12 | XIAOHONG WANG,                          )
                                            ) No. C 07-0612 SC
13 |                    Plaintiff,           )
                                            )
14 |              v.                         )
                                            )
15 | MICHAEL CHERTOFF, Secretary of the      ) **STIPULATION TO DISMISS AND**
Department of Homeland Security;            ) ~~[PROPOSED]~~ **ORDER**
16 | EMILIO T. GONZALEZ, Director,           )
U.S. Citizenship and Immigration Services;  )
17 | DAVID STILL, Director, San Francisco     )
District Office, U.S. Citizenship and       )
18 | Immigration Services;                   )
ROBERT S. MUELLER, Director of              )
19 | Federal Bureau of Investigation,        )
                                            )
20 |                    Defendants.          )
                                            )
21 |

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 | action without prejudice because the United States Citizenship and Immigration Services is now

25 | prepared to adjudicate Plaintiff's application for naturalization, and agrees to do so within 21 days

26 | of the dismissal of this action.

27 |     Each of the parties shall bear their own costs and fees.

28 | ///

Stipulation to Dismiss
C07-0612 SC                                   1

1  Dated: May 14, 2007                                    Respectfully submitted,

2                                                         SCOTT N. SCHOOLS
                                                          United States Attorney
3

4
                                                                    /s/
5                                                         ILA C. DEISS
                                                          Assistant United States Attorney
6                                                         Attorney for Defendants

7

8  Dated: May 14, 2007                                              /s/
                                                          JUSTIN WANG
9                                                         Attorney for Plaintiff

10

11
                                                    **ORDER**
12
              Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date:        5/17/07

16                                                        SAM
                                                          Unite                        Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-0612 SC                                    2